# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-5218** | **September Term, 2012** |
| | 1:05-cv-01429-UNA |
| | 1:06-cv-01766-RCL |
| | 1:07-cv-02338-RCL |
| | 1:12-mc-00398-RCL |
| | Filed On:  August 26, 2013 |

Saeed Mohammed Saleh Hatim, Detainee,
Camp Delta, et al.,

     Appellees

  v.

Barack Obama, et al.,

     Appellants

------------------------------

Consolidated with 13-5220, 13-5221

    **BEFORE:**    Henderson, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite and the response thereto, it is

**ORDERED** that the motion be granted in part.  The following revised briefing schedule will apply in these consolidated cases:

| | |
|---|---|
| Appellants' Brief | September 20, 2013 |
| Appellees' Joint Brief | October 11, 2013 |
| Appellants' Reply Brief | October 22, 2013 |
| Appendix | September 20, 2013 |
| Public Version of Appellants' Brief | October 18, 2013 |
| Public Version of Appellees' Joint Brief | November 8, 2013 |
| Public Version of Appellants' Reply Brief | November 19, 2013 |
| Public Version of Appendix | November 19, 2013 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5218**                                        **September Term, 2012**

      The Clerk is directed to schedule oral argument on the first appropriate date following the completion of the non-public briefing.  The parties will be notified by separate order of the oral argument date and the composition of the merits panel.

**Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                  BY:    /s/
                                    Lynda Flippin
                                    Deputy Clerk